SHEPPARD COMPANY, Respondent.*— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.; Dowling, P. J., and Proskauer, J., dissent.

PERQUETA COURTNEY, Respondent, v. LUCIAN H. GARWOOD, Appellant.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, on the ground that the verdict is against the weight of the evidence. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. AARON HECHTMAN, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

GEORGE F. ARMAND, as Administrator, etc., of WILLIAM F. ARMAND, Deceased, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Determination affirmed, with costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ. [135 Misc. 357.]

HARRY N. STEIN and LEO ROSENGARTEN, Respondents, v. BEATRICE SCHAVRIEN, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MURIEL KRULIAK, Respondent, v. CHARLES B. BRETZFELDER and LEON TUCHMANN, as Executors, etc., of MORRIS WEINSTEIN, Deceased, and Others, Appellants, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants, appellants, to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

VINCENZO DONZELLA, an Infant, by FRANCESCO DONZELLA, His Guardian ad Litem, Respondent, v. NATIONAL LEAD Co., INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

FRANCESCO DONZELLA, Respondent, v. NATIONAL LEAD Co., INC., Appellant. — Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

KATHERINE McGROGAN, Respondent, v. ERIE RAILROAD COMPANY, Appellant. — Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

VINCENT AVARELLO, Respondent, v. LOUIS WEINBERG and Others, Defendants, Impleaded with LOUIS ROSENBERG, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, with leave to plaintiff to serve an amended complaint within twenty days from service of order upon payment of said costs, upon the ground that there is no allegation in the complaint that Rosenberg has any property as trustee ex maleficio. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

LEON M. BUYUKAS, Respondent, v. LEBANON NATIONAL BANK OF NEW YORK, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HAMILTON EMPLOYMENT SERVICE, INC., Appellant, v. NEW YORK TELEPHONE COMPANY, Respondent.†— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

* Affd., 254 N. Y. ——. † Affd., 253 N. Y. 468.